

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00376-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

## ORDER

On June 5, 2019, relator filed a petition for writ of mandamus, the real parties in interest responded, and relator replied. After reviewing the petition, the responses, and the reply, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART, DISMISSED AS MOOT IN PART, and DENIED IN PART.

We conditionally GRANT relator's petition IN PART and ORDER Judge Fernandez to (1) vacate his January 24, 2019 "Order to Release Funds" and (2) enter an order releasing the remainder of the $897.00 ($397.00) to Maria Villarreal Cervantez in her underlying cause. The writ will issue only in the event we are notified Judge Fernandez fails to comply within fifteen days from the date of this order. We DISMISS relator's petition AS MOOT in so far as relator requests any relief related to the so-called "Pay-to-Plea" policy. Relator's request that this court disqualify Judge Shahan from presiding over criminal cases is DENIED. All other relief requested by any party is DENIED.

It is so **ORDERED** on July 24, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 10005CR, et al., styled *The State of Texas v. Maria Villarreal Cervantez, et al.*, pending in the County Court, Kinney County, Texas. The Honorable James T. Shahan and the Honorable Enrique Fernandez are the respondents.